x:\tc51635\appear

WDJ/ls
File No.: TC-51635

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
DIANA PALMA,

                Plaintiffs,

     -against-

ALAN KASMAN DBA KASCO, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC., D/B/A BMS CAT, BOARD OF
EDUCATION OF THE CITY OF NEW YORK,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., DEPARTMENT OF
BUSINESS SERVICES, ENVIROTECH CLEAN AIR,
INC., GPS ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., MERRILL
LYNCH & CO, INC., NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY, STRUCTURE TONE
(UK), INC., STRUCTURE TONE GLOBAL SERVICES,
INC., TRIBECA LANDING L.L.C., WESTON
SOLUTIONS, INC., WFP TOWER D CO. G.P. CORP.,
WFP TOWER D HOLDING CO. I L.P., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D HOLDING I
G.P. CORP., AND WFP TOWER D. CO., L.P., ET AL,

                Defendants.
------------------------------------------------------------------------X

NOTICE OF
APPEARANCE

07 CV 4503

COUNSELORS:

    PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
      July 11 2007

                              WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                              BARRY, McTIERNAN & MOORE
                              Attorneys for Defendants
                              STRUCTURE TONE, INC. s/h/a
                              STRUCTURE TONE (UK), INC. and
                              STRUCTURE TONE GLOBAL SERVICES, INC.
                              2 Rector Street – 14th Floor
                              New York, New York  10006
                              (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700