UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER            :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
                                                                 :
-----------------------------------------------------------------X
DIANA PALMA,                                             :   07-CV-4503-AKH
                                                                 :
                    Plaintiff,                            :
                                                                 :   **APPEARANCE**
     - against -                                          :
                                                                 :
ALAN KASMAN DBA KASCO, *et al.*,           :
                                                                 :   **ELECTRONICALLY FILED**
                    Defendants.                       :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York                DICKSTEIN SHAPIRO LLP
             October 3, 2007
                                          By:     ___/s/ Judith R. Cohen___
                                                 Judith R. Cohen (JC-8614)
                                                 1177 Avenue of the Americas
                                                 New York, New York 10036
                                                 Phone: (212) 277-6500
                                                 Fax: (212) 277-6501
                                                 *Attorney for Defendant*
                                                 MERRILL LYNCH & CO., INC.

DOCSNY-271530v01